```
            IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF NEBRASKA
```

PRISM TECHNOLOGIES, LLC,         )
                                 )
        Plaintiff,                )        8:10CV220
                                 )
   v.                            )
                                 )
ADOBE SYSTEMS, INCORPORATED,     )         ORDER
AUTODESK, INC.; McAFEE, INC.,    )
NATIONAL INSTRUMENTS             )
CORPORATION; NUANCE              )
COMMUNICATIONS, INC., QUARK,     )
INC., THE SAGE GROUP PLC;        )
SAGE SOFTWARE, INC., SYMANTEC    )
CORPORATION; THE MATHWORKS,      )
INC., and TREND MICRO            )
INCORPORATED,                    )
                                 )
        Defendants.               )
_____)

This matter is before the Court on the stipulation to dismiss The Sage Group, PLC (Filing No. 110).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; The Sage Group is dismissed without prejudice, each party to bear its own costs and attorney fees.

DATED this 1st day of September, 2010.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court