```
              IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,      )
                              )
               Plaintiff,     )           8:10CV220
                              )
        v.                    )
                              )
ADOBE SYSTEMS, INCORPORATED,  )           ORDER
AUTODESK, INC.; McAFEE, INC., )
NATIONAL INSTRUMENTS          )
CORPORATION; NUANCE           )
COMMUNICATIONS, INC., QUARK,  )
INC., SAGE SOFTWARE, INC.,    )
SYMANTEC CORPORATION; THE     )
MATHWORKS, INC., and TREND    )
MICRO INCORPORATED,           )
                              )
               Defendants.    )
_____)
```

This matter is before the Court on the joint motion to dismiss Quark, Inc., with prejudice (Filing No. 137). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the claims against Quark, Inc., are dismissed with prejudice. The counterclaims of Quark, Inc., against Prism are dismissed without prejudice, each party to bear its own costs and attorney fees.

DATED this 21st day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court