IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,        )
                                )
              Plaintiff,        )          8:10CV220
                                )
      v.                        )
                                )
ADOBE SYSTEMS, INCORPORATED,    )          ORDER
AUTODESK, INC.; McAFEE, INC.,   )
NATIONAL INSTRUMENTS            )
CORPORATION; NUANCE             )
COMMUNICATIONS, INC.,           )
SAGE SOFTWARE, INC.,            )
SYMANTEC CORPORATION; THE       )
MATHWORKS, INC., and TREND      )
MICRO INCORPORATED,             )
                                )
              Defendants.       )
_____)
```

IT IS ORDERED that the planning conference is rescheduled for:

**Tuesday, November 30, 2010, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, to establish a final progression order for this case.  The parties may participate by telephone.  If they have already informed Judge Strom's office of their intention, they need not do so again.

DATED this 16th day of November, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court