IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,       )
                               )
           Plaintiff,          )       8:10CV220
                               )
      v.                       )
                               )
ADOBE SYSTEMS, INCORPORATED,   )       ORDER
AUTODESK, INC.; McAFEE, INC.,  )
NATIONAL INSTRUMENTS           )
CORPORATION; NUANCE            )
COMMUNICATIONS, INC.,          )
SAGE SOFTWARE, INC.,           )
SYMANTEC CORPORATION; THE      )
MATHWORKS, INC., and TREND     )
MICRO INCORPORATED,            )
                               )
           Defendants.         )
_____)
```

This matter is before the Court on the motion on behalf of Marc Belloli of DLA PIPER LLP to withdraw as counsel for defendant Trend Micro Incorporated (Filing No. 176). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Marc Belloli is deemed withdrawn as counsel for Trend Micro Incorporated.

DATED this 24th day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court