IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV220 |
| | ) | |
| v. | ) | |
| | ) | |
| ADOBE SYSTEMS, INCORPORATED, | ) | ORDER |
| AUTODESK, INC.; McAFEE, INC., | ) | |
| NATIONAL INSTRUMENTS | ) | |
| CORPORATION; NUANCE | ) | |
| COMMUNICATIONS, INC., QUARK, | ) | |
| INC., SAGE SOFTWARE, INC., | ) | |
| SYMANTEC CORPORATION; THE | ) | |
| MATHWORKS, INC., and TREND | ) | |
| MICRO INCORPORATED, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the joint motion to dismiss Nuance Communications, Inc., with prejudice (Filing No. 182). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the claims against Nuance Communications, Inc., are dismissed with prejudice. The counterclaims of Nuance Communications, Inc., against Prism are dismissed without prejudice, each party to bear its own costs and attorney fees.

DATED this 6th day of April, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court