IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,        )
                                )
            Plaintiff,          )       8:10CV220
                                )
     v.                         )
                                )
ADOBE SYSTEMS, INCORPORATED,    )       ORDER
AUTODESK, INC.; McAFEE, INC.,   )
NATIONAL INSTRUMENTS            )
CORPORATION; NUANCE             )
COMMUNICATIONS, INC.,           )
SAGE SOFTWARE, INC.,            )
SYMANTEC CORPORATION; THE       )
MATHWORKS, INC., and TREND      )
MICRO INCORPORATED,             )
                                )
            Defendants.         )
_____)
```

This matter is before the Court on the motion to withdraw attorney of record for Prism Technologies, LLC, as James D. Tario is no longer employed with The Lanier Law Firm (Filing No. 186). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; James D. Tario is deemed withdrawn as counsel for Prism Technologies, LLC.

DATED this 9th day of May, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court