IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC, )
                          )
         Plaintiff,       )         8:10CV220
                          )
     v.                   )
                          )
ADOBE SYSTEMS, INCORPORATED, )      ORDER
AUTODESK, INC.; McAFEE, INC.; )
NATIONAL INSTRUMENTS      )
CORPORATION; SAGE SOFTWARE, )
INC.; SYMANTEC CORPORATION; )
THE MATHWORKS, INC.; and  )
TREND MICRO INCORPORATED, )
                          )
         Defendants.      )
_____)

       This matter is before the Court following a conference with counsel on July 21, 2011.  The Court finds the situation mandates establishing deadlines for the progression of the remainder of the case.  If defendants believe the case can be resolved in light of the Court's construction (Filing No. 188) of the patent terms "hardware key" and "access key," defendants are invited to file a motion for summary judgment as soon as possible.

       IT IS ORDERED:

       1.   Defendants' Motion for Summary Judgment Hearing Schedule (Filing No. 189) is denied;

       2.   A progression order setting forth the applicable deadlines will be entered;

3. Plaintiff's Motion to Strike Reply Brief (Filing No. 192) is denied; and

4. Defendants' reply brief has been filed and the Motion for Leave to File Reply (Filing No. 194) is denied as moot.

DATED this 22nd day of July, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court