IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC, )
)
        Plaintiff, )        8:10CV220
)
  v. )
)
ADOBE SYSTEMS, INCORPORATED, )        ORDER
AUTODESK, INC.; McAFEE, INC., )
NATIONAL INSTRUMENTS )
CORPORATION; SAGE SOFTWARE, )
INC., SYMANTEC CORPORATION; )
THE MATHWORKS, INC., and )
TREND MICRO INCORPORATED, )
)
        Defendants. )
_____)

      This matter is before the Court on the joint stipulation to amend progression order (Filing No. 209).  The Court finds the stipulation should be approved and adopted. Accordingly,

      IT IS ORDERED that the stipulation is approved and adopted; the parties shall have until July 13, 2012, to exchange non-expert witness lists.

      DATED this 2nd day of August, 2011.

                BY THE COURT:

                /s/ Lyle E. Strom
                _____
                LYLE E. STROM, Senior Judge
                United States District Court