IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,      )
                              )
             Plaintiff,       )         8:10CV220
                              )
      v.                      )
                              )
ADOBE SYSTEMS, INCORPORATED,  )         ORDER
AUTODESK, INC.; McAFEE, INC., )
NATIONAL INSTRUMENTS          )
CORPORATION; SAGE SOFTWARE,   )
INC., SYMANTEC CORPORATION;   )
THE MATHWORKS, INC., and      )
TREND MICRO INCORPORATED,     )
                              )
             Defendants.      )
_____)
```

This matter is before the Court on defendant Symantec Corporation's motion to modify progression order to continue trial date (Filing No. 211). Plaintiff does not consent to the requested continuance. However, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED that trial of this matter is rescheduled for:

**Tuesday, October 9, 2012, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. All other dates for the progression of the case remain in force and effect.

DATED this 12th day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court