IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,        )
                                )
              Plaintiff,        )       8:10CV220
                                )
       v.                       )
                                )
ADOBE SYSTEMS, INCORPORATED,    )       ORDER NUNC PRO TUNC
AUTODESK, INC.; McAFEE, INC.,   )
NATIONAL INSTRUMENTS            )
CORPORATION; SAGE SOFTWARE,     )
INC., SYMANTEC CORPORATION;     )
THE MATHWORKS, INC., and        )
TREND MICRO INCORPORATED,       )
                                )
              Defendants.       )
_____)
```

This matter is before the Court on plaintiff's motion to strike Dkt. 239 filed in error (Filing No. 245).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion is granted; Dkt. 239 shall be stricken **and removed from the docket.**

DATED this 6th day of September, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court