IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRISM TECHNOLOGIES, LLC,<br><br>                    Plaintiff,<br>v.<br><br>ADOBE SYSTEMS INCORPORATED, et al.<br><br>                    Defendants. | Case No. 8:10-cv-220<br><br>JURY TRIAL DEMANDED<br><br>**INDEX OF EVIDENTIARY MATERIAL OFFERED IN SUPPORT OF DEFENDANTS' MOTION FOR ENTRY OF PROTECTIVE ORDER** |

The following materials have been filed in support of Defendants' Motion For Entry Of Protective Order:

Exhibit 1 – Declaration of Matt Rodgers in Support of Defendants' Motion for Entry of Protective Order.

Exhibit A -  Defendants' Proposed Protective Order.

Exhibit B - Northern District of California sample Stipulated Protective Order For Litigation Involving Patents, Highly Sensitive Confidential Information And/Or Trade Secrets.

Exhibit C – Eastern District of Texas Magistrate Judge Chad Everingham's sample Protective Order.

Exhibit D - Default Standard For Access To Source Code, Judge Sue L. Robinson, United States District Court for the District of Delaware.

Exhibit E - Patent Local Rules for the United States District Court Northern District of California (Revised December 1, 2009).

Exhibit F –Appendix M Patent Rules to the Eastern District of Texas Local Rules And Appendixes (Revised August 1, 2011).

Exhibit G - Joint Motion For Entry Of Stipulated Protective Order dated August 19, 2009 from Prism Technologies v. Research in Motion, Ltd. et al; Case #: 8:08-cv-00537-LES -TDT In The United States District Court For The District Of Nebraska.

Exhibit H - Agreed Protective Order Regarding The Disclosure And Use Of Discovery Materials dated February 28, 2011 from InNova Patent Licensing, LLC v. 3Com Corp. Et Al.; Civil Action No. 2:10-cv-251 in the Eastern District of Texas, Marshall Division.

Exhibit I - Protective Order dated December 11, 2009 from Deep Nines, Inc. v. McAfee Inc. et al.; Civil Action No. 9:09CV89 in the Eastern District of Texas, Lufkin Division.

Exhibit J - Prism Technologies' First Set Of Requests For Production And Inspection Of Documents And Things To Adobe Systems, Inc. dated July 22, 2011.


Dated:  October 3, 201                            Respectfully submitted,

/s/ Tamara Fraizer
Frank E. Scherkenbach (pro hac vice)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110
Tel:  (617) 542-5070
Fax:  (617) 542-8906
scherkenbach@fr.com

Kelly C. Hunsaker (pro hac vice)
Tamara Fraizer (pro hac vice)
Jonathan J. Lamberson (pro hac vice)
Betty Chen (pro hac vice)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071
hunsaker@fr.com
lamberson@fr.com
fraizer@fr.com

Michael T. Hilgers
GOBER HILGERS PLLC
1603 Farnam Street, Suite 3000
Omaha, NE 68102
Telephone: (402) 218-2106
Facsimile:  (877) 437-5755
mhilgers@goberhilgers.com

Attorneys for Defendants
ADOBE SYSTEMS INCORPORATED AND
NATIONAL INSTRUMENTS
CORPORATION

*/s/ Rudy Y. Kim*
Michael A. Jacobs (pro hac vice)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
mjacobs@mofo.com

Rudy Y. Kim (pro hac vice)
Erika L. Yawger (pro hac vice)
Christopher F. Jeu (pro hac vice)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
rudykim@mofo.com
eyawger@mofo.com
cjeu@mofo.com

John P. Passarelli (SBN 16018)
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, Nebraska  68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com

Attorneys for Defendants
AUTODESK, INC.

4

*/s/ Matthew R. Rodgers*
Danny L. Williams (pro hac vice)
Ruben S. Bains (pro hac vice)
Matthew R. Rodgers (pro hac vice)
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond Avenue, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011
dwilliams@wmalaw.com
rbains@wmalaw.com
mrodgers@wmalaw.com

John P. Passarelli (SBN 16018)
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, Nebraska  68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com

Attorneys for Defendants
MCAFEE, INC. and THE MATHWORKS,
INC.

*/s/ Lara S. Garner*
Jonathan Singer (pro hac vice)
FISH & RICHARDSON PC
60 South 6th Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile : (612) 288-9696
singer@fr.com

Lara S. Garner (pro hac vice)
FISH & RICHARDSON PC
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-4332
Facsimile: (858) 678-5070
lgarner@fr.com

Michael T. Hilgers
GOBER HILGERS PLLC
1603 Farnam Street, Suite 3000
Omaha, NE 68102
Telephone: (402) 218-2106
Facsimile:  (877) 437-5755
mhilgers@goberhilgers.com

Attorneys for Defendants
SAGE SOFTWARE, INC.

*/s/ Dean G. Dunlavey*
Mark A. Flagel (pro hac vice)
Dale Chang (pro hac vice)
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
mark.flagel@lw.com
dale.chang@lw.com

Dean G. Dunlavey (pro hac vice)
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 755-8260
Facsimile: (714) 755-8290
dean.dunlavey@lw.com

Richard P. Jeffries (SBN 20089)
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
One Pacific Place
1125 South 103rd Street - Suite 320
Omaha, Nebraska 68124
Telephone: (402) 397-1700
Facsimile: (402) 397-1806
rickjeffries@clinewilliams.com

Attorneys for Defendant
SYMANTEC CORP.

*/s/ Michael T. Hilgers*
Michael T. Hilgers
GOBER HILGERS PLLC
1603 Farnam Street, Suite 3000
Omaha, NE 68102
Telephone: (402) 218-2106
Facsimile:  (877) 437-5755
mhilgers@goberhilgers.com

Mark D. Fowler (pro hac vice)
Robert Buergi (pro hac vice)
DLA Piper LLP (US)
2000 University Ave.
East Palo Alto, CA  94303-2214
Telephone:  (650) 833-2000
Facsimile :  (650) 833-2001
mark.fowler@dlapiper.com
robert.buergi@dlapiper.com

Attorneys for Defendants
TREND MICRO INCORPORATED

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served electronically on October 4, 2011 to counsel of record via the Court's CM/ECF system:


_/s/Mark Dunglinson_
Litigation Paralegal