IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,      )
                              )
              Plaintiff,      )     8:10CV220
                              )
       v.                     )
                              )
ADOBE SYSTEMS, INCORPORATED,  )     AMENDED ORDER
AUTODESK, INC.; McAFEE, INC., )
NATIONAL INSTRUMENTS          )
CORPORATION; SAGE SOFTWARE,   )
INC., SYMANTEC CORPORATION;   )
THE MATHWORKS, INC., and      )
TREND MICRO INCORPORATED,     )
                              )
              Defendants.     )
_____)
```

This matter is before the Court on the joint stipulation to amend progression order (Filing No. 347). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The stipulation is approved and adopted; defendants shall have until November 14, 2011, to file and serve their reply to their motion for summary judgment.

2) Plaintiff shall have until November 16, 2011, to serve its response brief to defendants' Rule 26(c) motion.

3)    Plaintiff shall have until December 2, 2011, to serve its reply in support of their initial claim construction brief.

DATED this <u>7th</u> day of <u>November</u>, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court