IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV220 |
| | ) | |
| v. | ) | |
| | ) | |
| ADOBE SYSTEMS, INCORPORATED, | ) | ORDER |
| AUTODESK, INC.; McAFEE, INC., | ) | |
| NATIONAL INSTRUMENTS | ) | |
| CORPORATION; SAGE SOFTWARE, | ) | |
| INC., SYMANTEC CORPORATION; | ) | |
| THE MATHWORKS, INC., and | ) | |
| TREND MICRO INCORPORATED, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendants' motion for leave to file documents as restricted (Filing No. 290) and plaintiff's motion for leave to file documents under seal (Filing No. 333). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that the motions for leave to file documents as restricted are granted.

DATED this 8th day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court