IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,        )
                                )
            Plaintiff,          )       8:10CV220
                                )
      v.                        )
                                )
ADOBE SYSTEMS, INCORPORATED,    )       ORDER
AUTODESK, INC.; McAFEE, INC.,   )
NATIONAL INSTRUMENTS            )
CORPORATION; SAGE SOFTWARE,     )
INC., SYMANTEC CORPORATION;     )
THE MATHWORKS, INC., and        )
TREND MICRO INCORPORATED,       )
                                )
            Defendants.         )
_____)
```

This matter is before the Court on plaintiff's motion for leave to file documents under seal (Filing No. 364) and defendants' motion for leave to file documents as restricted (Filing No. 367). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that the motions for leave to file documents under seal and as restricted are granted.

DATED this 16th day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court