```
              IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,       )
                               )
              Plaintiff,       )          8:10CV220
                               )
         v.                    )
                               )
ADOBE SYSTEMS, INCORPORATED,   )          ORDER
AUTODESK, INC.; McAFEE, INC.,  )
NATIONAL INSTRUMENTS           )
CORPORATION; SAGE SOFTWARE,    )
INC., SYMANTEC CORPORATION;    )
THE MATHWORKS, INC., and       )
TREND MICRO INCORPORATED,      )
                               )
              Defendants.      )
_____)
```

This matter is before the Court on the motion for sanctions filed pursuant to Federal Rule of Civil Procedure 30(g) by defendant National Instruments Corporation ("National Instruments") against plaintiff Prism Technologies, LLC ("Prism") (Filing No. 348), with accompanying brief and index of evidence (Filing Nos. 349 and 350). Prism filed an opposing brief with index of evidence (Filing Nos. 388 and 389), and National Instruments filed a reply brief with index of evidence (Filing Nos. 398 and 399).

In its brief in opposition, Prism requested the opportunity to respond with a surreply brief in the event that National Instruments filed new evidence in its reply brief to support its claim for attorney fees. National Instruments did file a supplemental declaration in the index of evidence

accompanying its reply brief with additional evidence regarding attorney fees.

The Court finds that Prism should be allowed the opportunity to file a surreply brief for the limited purpose of addressing the issue of attorney fees as discussed in Exhibit 1, Filing No. 399.  Accordingly,

IT IS ORDERED that Prism will have until December 23, 2011, to file a surreply brief for the limited purpose of addressing the issue of attorney fees as discussed in National Instruments' Exhibit 1, Filing No. 399.

DATED this 16th day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court