IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRISM TECHNOLOGIES, LLC, )<br>)<br>        Plaintiff,   )<br>)<br>  v.                      )<br>)<br>ADOBE SYSTEMS, INCORPORATED, )<br>AUTODESK, INC.; McAFEE, INC., )<br>NATIONAL INSTRUMENTS       )<br>CORPORATION; SAGE SOFTWARE, )<br>INC., SYMANTEC CORPORATION; )<br>THE MATHWORKS, INC., and   )<br>TREND MICRO INCORPORATED,   )<br>)<br>        Defendants.  )<br>_____) | 8:10CV220<br><br><br><br>ORDER |

      This matter is before the Court on the agreed motion to dismiss Mathworks under FRCP 41(a)(1)(ii) & 41(c) (Filing No. 427). The Court finds the motion should be granted. Accordingly,

      IT IS ORDERED that the motion is granted; plaintiff's claims against Mathworks are dismissed with prejudice. The counterclaims of Mathworks against Prism are dismissed with prejudice, each party to bear its own costs and attorney fees.

      DATED this 4th day of January, 2012.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court