IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,        )
                                )
            Plaintiff,          )      8:10CV220
                                )
      v.                        )
                                )
ADOBE SYSTEMS, INCORPORATED,    )      ORDER
AUTODESK, INC.; McAFEE, INC.,   )
NATIONAL INSTRUMENTS            )
CORPORATION; SAGE SOFTWARE,     )
INC., SYMANTEC CORPORATION;     )
and TREND MICRO INCORPORATED,   )
                                )
            Defendants.         )
_____)
```

This matter is before the Court on the joint stipulation to amend progression order and memorandum and order (Filing No. 429).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED:

1) The stipulation is approved and adopted.  The close of discovery is extended to May 14, 2012, as to discovery requests served by plaintiff on defendants Autodesk, Inc., Adobe Systems Incorporated, McAfee, Inc., National Instruments Corporation, and Symantec Corporation.

2) Autodesk, Inc., Adobe Systems Incorporated, McAfee, Inc., National Instruments Corporation, and Symantec Corporation shall have until January 20, 2012, to produce the discovery

ordered by the Court in its memorandum and order dated December 14, 2011 (Filing No. 410).

DATED this 6th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court