IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV220 |
| | ) | |
| v. | ) | |
| | ) | |
| ADOBE SYSTEMS, INCORPORATED, | ) | ORDER |
| AUTODESK, INC.; McAFEE, INC., | ) | |
| NATIONAL INSTRUMENTS | ) | |
| CORPORATION; SAGE SOFTWARE, | ) | |
| INC., SYMANTEC CORPORATION; | ) | |
| and TREND MICRO INCORPORATED, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Trend Micro Incorporated's unopposed motion for leave to file amended answer (Filing No. 434). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; said defendant shall file its amended answer on or before January 17, 2012.

DATED this 11th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court