IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,        )
                                )
             Plaintiff,         )        8:10CV220
                                )
         v.                     )
                                )
ADOBE SYSTEMS, INCORPORATED,    )        ORDER
AUTODESK, INC.; McAFEE, INC.,   )
NATIONAL INSTRUMENTS            )
CORPORATION; SAGE SOFTWARE,     )
INC., SYMANTEC CORPORATION;     )
and TREND MICRO INCORPORATED,   )
                                )
             Defendants.        )
_____)
```

This matter is before the Court on the joint stipulation to amend progression order (Filing No. 457). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The stipulation is approved and adopted; defendant Sage shall have until February 17, 2012, to provide the discovery ordered by the Court on December 16, 2011.

2) The close of discovery is extended to May 14, 2012, as to discovery requests served by Prism on Sage.

DATED this 31st day of January 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court