IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV220 |
| | ) | |
| v. | ) | |
| | ) | |
| ADOBE SYSTEMS, INCORPORATED, | ) | ORDER |
| AUTODESK, INC.; McAFEE, INC., | ) | |
| NATIONAL INSTRUMENTS | ) | |
| CORPORATION; SAGE SOFTWARE, | ) | |
| INC., SYMANTEC CORPORATION; | ) | |
| and TREND MICRO INCORPORATED, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the joint stipulation re progression order and memorandum and order (Filing No. 470). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED the stipulation is approved and adopted. The close of discovery is extended to March 9, 2012, as to discovery requests served by plaintiff on defendant Sage Software, Inc.

DATED this 21st day of February, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court