IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,        )
                                )
            Plaintiff,          )       8:10CV220
                                )
      v.                        )
                                )
ADOBE SYSTEMS, INCORPORATED,    )       ORDER
AUTODESK, INC.; McAFEE, INC.,   )
NATIONAL INSTRUMENTS            )
CORPORATION; SAGE SOFTWARE,     )
INC., SYMANTEC CORPORATION;     )
and TREND MICRO INCORPORATED,   )
                                )
            Defendants.         )
_____)
```

This matter is before the Court on the agreed motion to dismiss Sage Software, Inc., under FRCP 41(a)(1)(ii) & 41(c) (Filing No. 483). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff's claims against Sage Software are dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 29th day of February, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court