IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV220 |
| | ) | |
| v. | ) | |
| | ) | |
| ADOBE SYSTEMS, INCORPORATED, | ) | ORDER |
| AUTODESK, INC.; McAFEE, INC., | ) | |
| NATIONAL INSTRUMENTS | ) | |
| CORPORATION; SYMANTEC | ) | |
| CORPORATION; and TREND MICRO | ) | |
| INCORPORATED, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the agreed motion to dismiss National Instruments Corporation under FRCP 41(a)(1)(ii) & 41(c) (Filing No. 486).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; all claims and counterclaims brought in this action between Prism Technologies, LLC, and National Instruments Corporation are dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 2nd day of March, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court