IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRISM TECHNOLOGIES, LLC, ) | |
| ) | |
| Plaintiff, ) | 8:10CV220 |
| ) | |
| v. ) | |
| ) | |
| ADOBE SYSTEMS, INCORPORATED, ) | ORDER |
| AUTODESK, INC.; McAFEE, INC., ) | |
| NATIONAL INSTRUMENTS ) | |
| CORPORATION; SAGE SOFTWARE, ) | |
| INC., SYMANTEC CORPORATION; ) | |
| THE MATHWORKS, INC., and ) | |
| TREND MICRO INCORPORATED, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the Court on plaintiff's motion for leave to file documents under seal (Filing No. 527). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for leave to file documents under seal is granted. Plaintiff's emergency motion, the brief in support of said motion, and the index of evidence containing Exhibits 1, 3, 4 and 7 shall remain sealing pending further order of the Court.

DATED this 26th day of March, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court