IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV220 |
| | ) | |
| v. | ) | |
| | ) | |
| ADOBE SYSTEMS, INCORPORATED; | ) | ORDER |
| AUTODESK, INC.; McAFEE, INC.; | ) | |
| SYMANTEC CORPORATION; | ) | |
| and | ) | |
| TREND MICRO INCORPORATED, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the "emergency motion" of plaintiff Prism Technologies, Inc. ("Prism") "to preserve evidence and for sanctions" as to defendant Adobe Systems Incorporated ("Adobe") (Filing No. 528).  Prism filed an accompanying brief with indices of evidence (Filing Nos. 529-531).  One day later, Adobe filed an "objection to expedited review of Prism's 'emergency' motion" (Filing No. 533), with accompanying index of evidence (Filing No. 534).  After reviewing the parties' submissions, the Court finds that Prism's motion cannot be adequately addressed without a full briefing of the issues raised therein.  The Court will not issue an order in any "emergency" manner, but will wait until the issues are ripe for decision.  Accordingly,

IT IS ORDERED:

1) Adobe shall file a brief opposing Prism's motion on or before April 9, 2012, and

2) Prism shall file a reply brief on or before April 16, 2012.

DATED this 26th day of March, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court