IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,        )
                                )
              Plaintiff,        )         8:10CV220
                                )
    v.                          )
                                )
ADOBE SYSTEMS, INCORPORATED;    )         ORDER
AUTODESK, INC.; McAFEE, INC.;   )
SYMANTEC CORPORATION; and       )
TREND MICRO INCORPORATED,       )
                                )
              Defendants.       )
_____)
```

This matter is before the Court on defendant Adobe System Incorporated's motion for leave to file documents under seal and as restricted access (Filing No. 532). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for leave to file documents under seal and as restricted access is granted. Adobe's objection to expedited review of Prism's emergency motion and index shall remain as restricted access documents pending further order of the Court.

DATED this 26th day of March, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court