IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV220 |
| | ) | |
| v. | ) | |
| | ) | |
| ADOBE SYSTEMS, INCORPORATED; | ) | ORDER |
| AUTODESK, INC.; McAFEE, INC.; | ) | |
| SYMANTEC CORPORATION; and | ) | |
| TREND MICRO INCORPORATED, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendant Adobe System Incorporated's motion for leave to file documents under seal and as restricted access (Filing No. 572). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for leave to file documents under seal and as restricted access is granted. Adobe's brief in opposition to Prism's emergency motion to preserve evidence and for sanctions and index with accompanying exhibits filed in support thereof shall remain as restricted access documents pending further order of the Court.

DATED this 10th day of April, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court