IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,      )
                              )
            Plaintiff,        )           8:10CV220
                              )
      v.                      )
                              )
ADOBE SYSTEMS, INCORPORATED;  )           ORDER
AUTODESK, INC.; McAFEE, INC.; )
SYMANTEC CORPORATION; and     )
TREND MICRO INCORPORATED,     )
                              )
            Defendants.       )
_____)
```

This matter is before the Court on plaintiff's motion for leave to file documents under seal (Filing No. 597). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for leave to file documents under seal is granted. Plaintiff's reply and Exhibits 1-7 shall remain restricted access documents pending further order of the Court.

DATED this 24th day of April, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court