IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,         )
                                 )
            Plaintiff,           )          8:10CV220
                                 )
      v.                         )
                                 )
ADOBE SYSTEMS, INCORPORATED;     )          ORDER
AUTODESK, INC.; McAFEE, INC.;    )
SYMANTEC CORPORATION; and        )
TREND MICRO INCORPORATED,        )
                                 )
            Defendants.          )
_____)

This matter is before the Court on defendant Trend Micro Incorporated's motion for leave to file documents as restricted access (Filing No. 612). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for leave to file documents as restricted access is granted. Defendant Trend Micro Incorporated's brief in opposition to Prism's motion to compel shall remain as restricted access pending further order of the Court.

DATED this 30th day of April, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court