IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,       )
                               )
          Plaintiff,           )            8:10CV220
                               )
     v.                        )
                               )
ADOBE SYSTEMS, INCORPORATED;   )            ORDER
AUTODESK, INC.; McAFEE, INC.;  )
SYMANTEC CORPORATION; and      )
TREND MICRO INCORPORATED,      )
                               )
          Defendants.          )
_____)


          This matter is before the Court on defendant McAfee,

Inc.'s motion for leave to file documents under seal and as

restricted access (Filing No. 620).  The Court finds the motion

should be granted.  Accordingly,

          IT IS ORDERED that the motion for leave to file

documents as restricted access is granted.  Defendant McAfee,

Inc.'s brief and Exhibits A, I, J, and K shall remain as

restricted access pending further order of the Court.

          DATED this 1st day of May, 2012.

                         BY THE COURT:

                         /s/ Lyle E. Strom
                         _____
                         LYLE E. STROM, Senior Judge
                         United States District Court