IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRISM TECHNOLOGIES, LLC,   )<br>                             )<br>          Plaintiff,        )<br>                             )<br>     v.                      )<br>                             )<br>ADOBE SYSTEMS, INCORPORATED; )<br>AUTODESK, INC.; McAFEE, INC.;)<br>SYMANTEC CORPORATION;        )<br>and TREND MICRO INCORPORATED,)<br>                             )<br>          Defendants.        )<br>_____) | 8:10CV220<br><br><br><br>ORDER |

This matter is before the Court on the motion to withdraw attorney of record for Autodesk, Inc., as Erika Yawger is no longer employed with Morrison & Foerster (Filing No. 655). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Erika Yawger is deemed withdrawn as counsel for Autodesk, Inc.

DATED this 8th day of May, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court