```
           IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,      )
                              )
              Plaintiff,      )         8:10CV220
                              )
        v.                    )
                              )
ADOBE SYSTEMS, INCORPORATED;  )         ORDER
AUTODESK, INC.; McAFEE, INC.; )
SYMANTEC CORPORATION; and     )
TREND MICRO INCORPORATED,     )
                              )
              Defendants.     )
_____)
```

This matter is before the Court on plaintiff's motion for leave to file documents under seal (Filing No. 658). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for leave to file documents as restricted access is granted. Plaintiff's brief in support of its motion for leave to file amended complaint and Exhibit 10 shall remain as restricted access pending further order of the Court.

DATED this 8th day of May, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court