IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,     )
                                        )
         Plaintiff,    )        8:10CV220
                                        )
    v.                    )
                                        )
ADOBE SYSTEMS, INCORPORATED; )        ORDER
AUTODESK, INC.; McAFEE, INC.; )
SYMANTEC CORPORATION;       )
and TREND MICRO INCORPORATED, )
                                        )
         Defendants.   )
_____)

      This matter is before the Court on the motion to withdraw attorney of record for Symantec Corporation as Yury Kapgan is no longer employed with Latham & Watkins LLP (Filing No. 672).  The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that the motion is granted; Yury Kapgan is deemed withdrawn as counsel for Symantec Corporation.

      DATED this 10th day of May, 2012.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court