IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,        )
                                )
            Plaintiff,          )        8:10CV220
                                )
    v.                          )
                                )
ADOBE SYSTEMS, INCORPORATED;    )        ORDER
AUTODESK, INC.; McAFEE, INC.;   )
SYMANTEC CORPORATION; and       )
TREND MICRO INCORPORATED,       )
                                )
            Defendants.         )
_____)

This matter is before the Court on defendant Symantec Corporation's motion for leave to file documents under seal (Filing No. 690). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for leave to file documents as restricted access is granted. Defendant Symantec's opposition brief and Exhibits 7 and 8 in support of its opposition brief shall remain as restricted access pending further order of the Court.

DATED this 23rd day of May, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court