IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,     )
                             )
         Plaintiff,          )         8:10CV220
                             )
     v.                      )
                             )
ADOBE SYSTEMS, INCORPORATED; )         ORDER
AUTODESK, INC.; McAFEE, INC.;)
SYMANTEC CORPORATION; and    )
TREND MICRO INCORPORATED,    )
                             )
         Defendants.         )
_____)

      This matter is before the Court on the joint stipulation to modify Paragraph 3A of the progression order (Filing No. 694).  The Court finds the stipulation should be approved and adopted.  Accordingly,

      IT IS ORDERED that the stipulation is approved and adopted.  Paragraph 3A of the progression order is modified so that the deadline to exchange nonexpert witness lists is no later than five working days before the final pretrial conference which is scheduled for September 14, 2012.

      DATED this 23rd day of May, 2012.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court