IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,      )
                              )
              Plaintiff,      )         8:10CV220
                              )
      v.                      )
                              )
ADOBE SYSTEMS, INCORPORATED;  )         ORDER
AUTODESK, INC.; McAFEE, INC.; )
SYMANTEC CORPORATION; and     )
TREND MICRO INCORPORATED,     )
                              )
              Defendants.     )
_____)
```

This matter is before the Court on plaintiff's motion for leave to file documents under seal (Filing No. 710). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for leave to file documents as restricted access is granted. Exhibits 8, 13, 30, 35 and 37 in support of plaintiff's third motion to compel defendant Trend Micro, Inc., shall remain as restricted access pending further order of the Court.

DATED this 5th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court