IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,        )
                                )
            Plaintiff,          )          8:10CV220
                                )
      v.                        )
                                )
ADOBE SYSTEMS, INCORPORATED;    )          ORDER
AUTODESK, INC.; McAFEE, INC.;   )
SYMANTEC CORPORATION; and       )
TREND MICRO INCORPORATED,       )
                                )
            Defendants.         )
_____)
```

This matter is before the Court on defendant McAfee's motion for leave to file documents under seal and as restricted access (Filing No. 713). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for leave to file documents as restricted access is granted. Defendant's reply brief and Exhibits Q, U and V shall remain as restricted access pending further order of the Court.

DATED this 6th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court