IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,      )
                              )
           Plaintiff,         )         8:10CV220
                              )
     v.                       )
                              )
ADOBE SYSTEMS, INCORPORATED;  )         ORDER
AUTODESK, INC.; McAFEE, INC.; )
SYMANTEC CORPORATION; and     )
TREND MICRO INCORPORATED,     )
                              )
           Defendants.        )
_____)
```

This matter is before the Court on plaintiff's motion for leave to file documents under seal (Filing No. 717). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for leave to file documents as restricted access is granted. Exhibits 1 through 5 to plaintiff's brief in reply to defendant Symantec Corporation's opposition to Prism's motion for leave to file amended complaint shall remain as restricted access pending further order of the Court.

DATED this 6th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court