IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV220 |
| | ) | |
| v. | ) | |
| | ) | |
| ADOBE SYSTEMS, INCORPORATED; | ) | ORDER |
| AUTODESK, INC.; McAFEE, INC.; | ) | |
| SYMANTEC CORPORATION; and | ) | |
| TREND MICRO INCORPORATED, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendant Trend Micro Incorporated's motion for leave to file documents under seal (Filing No. 724); defendant Symantec Corporation's motion for leave to file documents under seal (Filing No. 729); and defendant McAfee's motion for leave to file documents under seal (Filing No. 730). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that the motions for leave to file documents as restricted access are granted. The documents as noted in the respective motions shall remain as restricted access pending further order of the Court.

DATED this 12th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court