IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,        )
                                )
              Plaintiff,        )         8:10CV220
                                )
        v.                      )
                                )
ADOBE SYSTEMS, INCORPORATED;    )         ORDER
AUTODESK, INC.; McAFEE, INC.;   )
SYMANTEC CORPORATION; and       )
TREND MICRO INCORPORATED,       )
                                )
              Defendants.       )
_____)
```

This matter is before the Court on plaintiff's motion for leave to file documents under seal (Filing No. 748). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for leave to file documents as restricted access is granted. Plaintiff's reply brief and Exhibits 48 through 50 to plaintiff's brief in support of its third motion to compel defendant Trend Micro Incorporated to respond to discovery shall remain as restricted access pending further order of the Court.

DATED this 26th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court