IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,      )
                              )
            Plaintiff,        )          8:10CV220
                              )
      v.                      )
                              )
ADOBE SYSTEMS, INCORPORATED;  )          ORDER
AUTODESK, INC.; McAFEE, INC.; )
SYMANTEC CORPORATION; and     )
TREND MICRO INCORPORATED,     )
                              )
            Defendants.       )
_____)


        This matter is before the Court on defendant McAfee,

Inc.'s motion for leave to file documents under seal and as

restricted access (Filing No. 753).  The Court finds the motion

should be granted.  Accordingly,

        IT IS ORDERED that the motion for leave to file

documents as restricted access is granted.  The opposition brief

as noted in the motion shall remain as restricted access pending

further order of the Court.

        DATED this 26th day of June, 2012.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court