IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,                )
                                        )
            Plaintiff,                  )       8:10CV220
                                        )
      v.                                )
                                        )
ADOBE SYSTEMS, INCORPORATED;            )       ORDER
AUTODESK, INC.; McAFEE, INC.;           )
SYMANTEC CORPORATION;                   )
and TREND MICRO INCORPORATED,           )
                                        )
            Defendants.                 )
_____)

  After reviewing Paragraph 8(c) of the Protective Order (Filing No. 390), it appears the co-defendants are precluded from access to the information relied upon by Prism's expert in his report.  It is inherently unreasonable to allow plaintiff access to information that defendants cannot access.  Accordingly,

  IT IS ORDERED that either the Protective Order shall be revised, or the designated information must be stricken from plaintiff's expert reports.

  DATED this 2nd day of July, 2012.

                                    BY THE COURT:

                                    /s/ Lyle E. Strom
                                    _____
                                    LYLE E. STROM, Senior Judge
                                    United States District Court