IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,        )
                                )
              Plaintiff,        )         8:10CV220
                                )
         v.                     )
                                )
ADOBE SYSTEMS, INCORPORATED;    )            ORDER
AUTODESK, INC.; McAFEE, INC.;   )
SYMANTEC CORPORATION; and       )
TREND MICRO INCORPORATED,       )
                                )
              Defendants.       )
_____)
```

This matter is before the Court on plaintiff's motion for leave to file documents under seal (Filing No. 761).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion for leave to file documents as restricted access is granted.  Exhibits 30 through 36 to plaintiff's index of evidence in support of its motion to amend protective order shall remain as restricted access pending further order of the Court.

DATED this 9th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court