```
         IN THE UNITED STATES DISTRICT COURT

            FOR THE DISTRICT OF NEBRASKA
```

PRISM TECHNOLOGIES, LLC,       )
                               )
             Plaintiff,        )         8:10CV220
                               )
       v.                      )
                               )
ADOBE SYSTEMS, INCORPORATED,   )           ORDER
AUTODESK, INC.; McAFEE, INC.,  )
SYMANTEC CORPORATION; and      )
TREND MICRO INCORPORATED,      )
                               )
             Defendants.       )
_____)

This matter is before the Court on the joint motion for expedited briefing schedule (Filing No. 766) in connection with the plaintiff's motion to amend the protective order. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The following briefing schedule is adopted:

> Prism's motion and opening brief due July 6, 2012;
>
> Defendants' response brief(s) due July 13, 2012;
>
> Prism's reply brief due July 18, 2012.

DATED this 9th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court