```
               IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,      )
                              )
               Plaintiff,     )         8:10CV220
                              )
     v.                       )
                              )
ADOBE SYSTEMS, INCORPORATED;  )         ORDER
AUTODESK, INC.; McAFEE, INC.; )
SYMANTEC CORPORATION; and     )
TREND MICRO INCORPORATED,     )
                              )
               Defendants.    )
_____)
```

This matter is before the Court on defendant Symantec Corporation's motion for leave to file documents under seal (Filing No. 776). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for leave to file documents as restricted access is granted. Symantec Corporation's moving brief and Exhibit B in support of its moving motion shall remain as restricted access pending further order of the Court.

DATED this 10th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court