IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV220 |
| | ) | |
| v. | ) | |
| | ) | |
| ADOBE SYSTEMS, INCORPORATED; | ) | ORDER |
| AUTODESK, INC.; McAFEE, INC.; | ) | |
| SYMANTEC CORPORATION; and | ) | |
| TREND MICRO INCORPORATED, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendant Trend Micro Incorporated's motion for leave to file documents under seal (Filing No. 786).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion for leave to file documents as restricted access is granted.  Trend Micro Incorporated's moving brief and Exhibit B in support of its moving motion shall remain sealed pending further order of the Court.

DATED this 11th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court