```
              IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,      )
                              )
            Plaintiff,        )           8:10CV220
                              )
      v.                      )
                              )
ADOBE SYSTEMS, INCORPORATED,  )           ORDER
AUTODESK, INC.; McAFEE, INC., )
SYMANTEC CORPORATION; and     )
TREND MICRO INCORPORATED,     )
                              )
            Defendants.       )
_____)
```

This matter is before the Court on the joint motion for expedited briefing schedule (Filing No. 793) in connection with Trend Micro Incorporated's motion to strike plaintiff Prism Technologies, LLC's expert report on damages. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The following briefing schedule is adopted:

>   Prism's response brief is due July
>   13, 2012;
>
>   Trend Micro's reply brief is due
>   July 18, 2012.

DATED this 16th day of July, 2012.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court