```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF NEBRASKA
```

PRISM TECHNOLOGIES, LLC,       )
                               )
                 Plaintiff,    )           8:10CV220
                               )
        v.                     )
                               )
ADOBE SYSTEMS, INCORPORATED;   )             ORDER
AUTODESK, INC.; McAFEE, INC.;  )
SYMANTEC CORPORATION; and      )
TREND MICRO INCORPORATED,      )
                               )
                 Defendants.   )
_____)

This matter is before the Court on defendants Adobe Systems Incorporated and Autodesk, Inc.'s motion for leave to file under seal Exhibits B-F and H to defendant Adobe Systems Incorporated's opposition to plaintiff Prism Technologies, Inc.'s motion to amend protective order (Filing No. 797).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion for leave to file documents as sealed is granted.  Exhibits B-F and H as noted above shall remain sealed pending further order of the Court.

DATED this 16th day of July, 2012.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court