IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,      )
                              )
           Plaintiff,         )         8:10CV220
                              )
     v.                       )
                              )
ADOBE SYSTEMS, INCORPORATED;  )         ORDER
AUTODESK, INC.; McAFEE, INC.; )
SYMANTEC CORPORATION; and     )
TREND MICRO INCORPORATED,     )
                              )
           Defendants.        )
_____)
```

This matter is before the Court on defendants joint motion for leave to file document under seal (Filing No. 801). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for leave to file document under seal is granted. Exhibit A to the index of evidence in support of defendants' joint brief in opposition to Prism's motion to amend protective order shall remain as sealed pending further order of the Court.

DATED this 16th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court