```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,      )
                              )
              Plaintiff,      )         8:10CV220
                              )
       v.                     )
                              )
ADOBE SYSTEMS, INCORPORATED;  )         ORDER
AUTODESK, INC.; McAFEE, INC.; )
SYMANTEC CORPORATION; and     )
TREND MICRO INCORPORATED,     )
                              )
              Defendants.     )
_____)
```

       This matter is before the Court on plaintiff's motion for leave to file documents under seal (Filing No. 805).  The Court finds the motion should be granted.  Accordingly,

       IT IS ORDERED that the motion for leave to file documents as restricted access is granted.  Exhibit 11 to plaintiff's brief in opposition to Symantec Corporation's motion to strike expert report on damages shall remain as restricted access pending further order of the Court.

       DATED this 16th day of July, 2012.

                                  BY THE COURT:

                                  /s/ Lyle E. Strom
                                  _____
                                  LYLE E. STROM, Senior Judge
                                  United States District Court