IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,        )
                                )
            Plaintiff,          )       8:10CV220
                                )
    v.                          )
                                )
ADOBE SYSTEMS, INCORPORATED;    )       ORDER
AUTODESK, INC.; McAFEE, INC.;   )
SYMANTEC CORPORATION;           )
and TREND MICRO INCORPORATED,   )
                                )
            Defendants.         )
_____)
```

      This matter is before the Court on the motion of defendant Adobe Systems Incorporated's motion for leave to file a substitute index of evidence and Exhibits 1 and C-F in opposition to plaintiff's motion to amend protective order (Filing No. 815). The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that defendant Adobe Systems Incorporated's motion for leave to file a substitute index of evidence and Exhibits 1 and C-F in opposition to plaintiff's motion to amend protective order is granted.  Unless explicitly noted herein, nothing in this order affects Exhibits A, B, G, H, or Exhibit 2 previously filed in support of the brief in opposition.

      DATED this 17th day of July, 2012.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court