IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRISM TECHNOLOGIES, LLC, ) ) Plaintiff, ) ) v. ) ) ADOBE SYSTEMS, INCORPORATED; ) AUTODESK, INC.; McAFEE, INC.; ) SYMANTEC CORPORATION; and ) TREND MICRO INCORPORATED, ) ) Defendants. ) _____) | 8:10CV220 ORDER |

     This matter is before the Court on defendants' joint motion for leave to file documents as restricted access (Filing No. 819).  The Court finds the motion should be granted. Accordingly,

     IT IS ORDERED that the motion for leave to file documents as restricted access is granted.  Their reply brief, as well as Exhibit D, shall remain as restricted access pending further order of the Court.

     DATED this 19th day of July, 2012.

                                BY THE COURT:

                                /s/ Lyle E. Strom
                                _____
                                LYLE E. STROM, Senior Judge
                                United States District Court