```
              IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,       )
                               )
               Plaintiff,      )           8:10CV220
                               )
          v.                   )
                               )
ADOBE SYSTEMS, INCORPORATED,   )           ORDER
AUTODESK, INC.; McAFEE, INC.,  )
SYMANTEC CORPORATION; and      )
TREND MICRO INCORPORATED,      )
                               )
               Defendants.     )
_____)
```

This matter is before the Court on the joint stipulation to modify amended final progression order (Filing No. 831). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted. The progression order is modified to the extent that the parties shall have until August 30, 2012, to complete expert depositions, and until August 20, 2012, to file motions for summary judgment.

DATED this 27th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court