IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRISM TECHNOLOGIES, LLC,  )<br>                              )<br>             Plaintiff,    )<br>                              )<br>        v.                    )<br>                              )<br>ADOBE SYSTEMS, INCORPORATED, )<br>AUTODESK, INC.; McAFEE, INC., )<br>SYMANTEC CORPORATION; and     )<br>TREND MICRO INCORPORATED,     )<br>                              )<br>             Defendants.   )<br>_____) | 8:10CV220<br><br><br><br>ORDER |

This matter is before the Court on the agreed motion to dismiss Autodesk, Inc., under FRCP 41(a)(1)(ii) & 41(c) (Filing No. 841).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; all claims and counterclaims brought in this action between Prism Technologies, LLC and Autodesk, Inc., are dismissed with prejudice, except Autodesk Inc.'s, counterclaims regarding invalidity which are dismissed without prejudice, each party to bear its own costs and attorney fees.

DATED this 13th day of August, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court