IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,         )
                                 )
          Plaintiff,             )         8:10CV220
                                 )
     v.                          )
                                 )
                                 )         ORDER
McAFEE, INC.;                    )
SYMANTEC CORPORATION; and        )
TREND MICRO INCORPORATED,        )
                                 )
          Defendants.            )
_____)
```

This matter is before the Court on defendant McAfee's motion for leave to file documents as restricted access documents (Filing No. 873). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for leave to file documents as restricted access documents is granted. Defendants' brief, as well as Exhibits A-C and G-M filed in support thereof, shall remain as restricted access pending further order of the Court.

DATED this 21st day of August, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court