IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV220 |
| | ) | |
| v. | ) | |
| | ) | |
| McAFEE, INC.; SYMANTEC CORPORATION; and TREND MICRO INCORPORATED, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the unopposed motion for expedited briefing schedule (Filing No. 885) in connection with defendants' motion to continue trial, reopen discovery, and compel production of improperly withheld documents. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The following briefing schedule is adopted:

> Defendants' brief and index of evidence in support shall be filed on or before August 29, 2012;
>
> Plaintiff's brief and index of evidence in opposition shall be filed on or before September 5, 2012;
>
> Defendants' reply brief and index shall be filed on or before September 7, 2012.

DATED this 30th day of August, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court