IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,       )
                               )
              Plaintiff,       )       8:10CV220
                               )
     v.                        )
                               )
McAFEE, INC.; SYMANTEC         )       ORDER
CORPORATION; and TREND MICRO   )
INCORPORATED,                  )
                               )
              Defendants.      )
_____)
```

This matter is before the Court on defendants McAfee, Inc., Symantec Corporation, and Trend Micro Incorporated's motion for leave to file documents under seal (Filing No. 899). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for leave to file documents as restricted access is granted. The brief in support of defendants' opening motion in support of their *Daubert* motion to strike the reports of Prism's technical expert and Exhibits A and B shall remain as restricted pending further order of the Court.

DATED this 7th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court