IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,        )
                                )
              Plaintiff,        )            8:10CV220
                                )
        v.                      )
                                )
McAFEE, INC.; SYMANTEC          )            ORDER
CORPORATION; and TREND MICRO    )
INCORPORATED,                   )
                                )
              Defendants.       )
_____)
```

This matter is before the Court on plaintiff's motions for leave to file documents under seal (Filing Nos. 920, 928, 932 and 936).  The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that the motions for leave to file documents as restricted access are granted.  The documents as reflected in the respective motions shall remain as restricted access pending further order of the Court.

DATED this 14th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court