IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV220 |
| | ) | |
| v. | ) | |
| | ) | |
| ADOBE SYSTEMS, INCORPORATED; | ) | ORDER |
| AUTODESK, INC.; McAFEE, INC.; | ) | |
| SYMANTEC CORPORATION; and | ) | |
| TREND MICRO INCORPORATED, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendants' motion for leave to file documents as restricted access (Filing No. 924). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for leave to file documents as restricted access is granted. Exhibit J to defendant's brief in opposition to Prism's motion for summary judgment regarding the priority date of the '288 patent shall remain as restricted access pending further order of the Court.

DATED this 14th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court