IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV220 |
| | ) | |
| v. | ) | |
| | ) | |
| McAFEE, INC.; SYMANTEC CORPORATION; and TREND MICRO INCORPORATED, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the joint motion for briefing schedule concerning *Daubert* motions and motions in limine (Filing No. 957). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The following briefing schedule is adopted:

> The deadline for filing opposition papers to motions in limine, including the deadline for Prism's opposition papers to defendants' *Daubert* motion regarding Mr. Klausner, shall be filed on or before October 9, 2012.
>
> Reply briefs with respect to the Klausner *Daubert* motion and the motions in limine shall be filed on or before October 16, 2012.
>
> All *Daubert* motions pertaining to damage experts shall be filed on or before October 9, 2012, with opposition papers due on or before October 19, 2012, and reply briefs

>are due on or before October 26, 2012.

DATED this 20th day of September, 2012.

>BY THE COURT:
>
>/s/ Lyle E. Strom
>_____
>LYLE E. STROM, Senior Judge
>United States District Court