IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,      )
                              )
          Plaintiff,          )        8:10CV220
                              )
     v.                       )
                              )
McAFEE, INC.; SYMANTEC        )        ORDER
CORPORATION; and TREND MICRO  )
INCORPORATED,                 )
                              )
          Defendants.         )
_____)
```

This matter is before the Court on plaintiff's motions for leave to file documents under seal (Filing Nos. 976, 984 and 1000). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that the motions for leave to file documents as restricted access are granted as set forth in the respective motions. The documents shall remain as restricted access pending further order of the Court.

DATED this 10th day of October, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court