IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV220 |
| | ) | |
| v. | ) | |
| | ) | |
| McAFEE, INC.; SYMANTEC CORPORATION; and TREND MICRO INCORPORATED, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendant McAfee, Inc.'s motion for leave to file documents under seal (Filing No. 985). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant McAfee, Inc.'s motion for leave to file documents as restricted access is granted. Its brief in support of its *Daubert* motion and Exhibits 1-4 to the index of evidence in support of its brief shall remain as restricted access pending further order of the Court.

DATED this 10th day of October, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court