IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV220 |
| | ) | |
| v. | ) | |
| | ) | |
| McAFEE, INC.; SYMANTEC | ) | ORDER |
| CORPORATION; and TREND MICRO | ) | |
| INCORPORATED, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

        This matter is before the Court on defendants McAfee,
Inc., Symantec Corporation, and Trend Micro Incorporated's motion
for leave to file documents as restricted access (Filing No.
992).  The Court finds the motion should be granted.
Accordingly,

        IT IS ORDERED that the motion for leave to file
documents as restricted access is granted.  The brief in support
of defendants' opposition to Prism's Omnibus motions in limine
and Exhibits 2-12 to the index of evidence in support of the
brief shall remain as restricted access pending further order of
the Court.

        DATED this 10th day of October, 2012.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court