IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,          )
                                  )
               Plaintiff,         )          8:10CV220
                                  )
          v.                      )
                                  )
McAFEE, INC.; SYMANTEC            )          ORDER
CORPORATION; and TREND MICRO      )
INCORPORATED,                     )
                                  )
               Defendants.        )
_____)


          This matter is before the Court on defendants McAfee,

Inc., Symantec Corporation, and Trend Micro Incorporated's motion

for leave to file documents as restricted access (Filing No.

1014).  The Court finds the motion should be granted.

Accordingly,

          IT IS ORDERED that the motion for leave to file

documents as restricted access is granted.  Defendants' reply

brief in support of their omnibus motions in limine and Exhibits

1-3, 8, and 11-16 to the index of evidence in support of their

brief shall remain as restricted access pending further order of

the Court.

          DATED this 17th day of October, 2012.

                         BY THE COURT:

                         /s/ Lyle E. Strom
                         _____
                         LYLE E. STROM, Senior Judge
                         United States District Court