```
            IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,     )
                             )
              Plaintiff,     )        8:10CV220
                             )
       v.                    )
                             )
McAFEE, INC.; SYMANTEC       )        ORDER
CORPORATION; and TREND MICRO )
INCORPORATED,                )
                             )
              Defendants.    )
_____)
```

This matter is before the Court on defendant McAfee, Inc.'s motion for leave to file documents under seal (Filing No. 1020). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant McAfee, Inc.'s motion for leave to file documents under seal is granted. Defendants' reply brief in support of their *Daubert* motion to strike the expert reports of Prism's technical expert, David Klausner, and Exhibits A and B to the index of evidence in support of its brief shall remain as restricted access pending further order of the Court.

DATED this 17th day of October, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court