IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV220 |
| | ) | |
| v. | ) | |
| | ) | |
| McAFEE, INC.; SYMANTEC CORPORATION; and TREND MICRO INCORPORATED, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for leave to file documents under seal (Filing No. 1026). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for leave to file documents as restricted access is granted. Exhibits 3-9 and 12 to the index of evidence in support of plaintiff Prism Technologies reply brief in support of its omnibus motions in limine shall remain as restricted access pending further order of the Court.

DATED this 17th day of October, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court