IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,        )
                                )
               Plaintiff,       )              8:10CV220
                                )
          v.                    )
                                )
McAFEE, INC.; SYMANTEC          )              ORDER
CORPORATION; and TREND MICRO    )
INCORPORATED,                   )
                                )
               Defendants.      )
_____)
```

This matter is before the Court on plaintiff's motions
for leave to file documents under seal (Filing Nos. 1031, 1035
and 1039).  The Court finds the motions should be granted.
Accordingly,

IT IS ORDERED that the motions for leave to file
documents under seal are granted.  The briefs and exhibits as
identified in the respective motions shall remain as restricted
access pending further order of the Court.

DATED this 22nd day of October, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court