IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV220 |
| | ) | |
| v. | ) | |
| | ) | |
| McAFEE, INC.; SYMANTEC CORPORATION; and TREND MICRO INCORPORATED, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendant McAfee, Inc.'s motion for leave to file documents under seal (Filing No. 1048). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant McAfee, Inc.'s motion for leave to file documents under seal is granted. Defendants' reply brief and Exhibits 5-6 and 8 in support of its *Daubert* motion to strike the expert reports of Prism's damages expert, Wayne Hoeberlein and Exhibits 5-6 and 8 to the index of evidence in support of its motion shall remain as restricted access pending further order of the Court.

DATED this 29th day of October, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court