IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV220 |
| | ) | |
| v. | ) | |
| | ) | |
| ADOBE SYSTEMS, INCORPORATED; | ) | ORDER |
| AUTODESK, INC.; McAFEE, INC.; | ) | |
| SYMANTEC CORPORATION; and | ) | |
| TREND MICRO INCORPORATED, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendant Trend Micro Incorporated's motion for leave to file document under seal (Filing No. 1052). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant Trend Micro Incorporated's motion for leave to file document under seal is granted. Trend Micro Incorporated's reply brief in support of its *Daubert* motion to strike the report of plaintiff's damages expert Mr. Hoeberlein shall remain sealed pending further order of the Court.

DATED this 29th day of October, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court