IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,      )
                              )
            Plaintiff,        )          8:10CV220
                              )
        v.                    )
                              )
McAFEE, INC.; SYMANTEC        )              ORDER
CORPORATION; and TREND MICRO  )
INCORPORATED,                 )
                              )
            Defendants.       )
_____)


        This matter is before the Court on defendant Symantec

Corporation's motion for leave to file documents as restricted

access (Filing No. 1054).  The Court finds the motion should be

granted.  Accordingly,

        IT IS ORDERED that the motion for leave to file

documents as restricted access is granted.  Its reply brief in

support of its *Daubert* motion to strike the report and testimony

of Prism's damages expert, Wayne Hoeberlein, and Exhibits B and

12-16 to the index of evidence in support of its brief shall

remain as restricted access pending further order of the Court.

        DATED this 29th day of October, 2012.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court