IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRISM TECHNOLOGIES, LLC,  )<br>                            )<br>          Plaintiff,        )<br>                            )<br>     v.                     )<br>                            )<br>McAFEE, INC.; SYMANTEC      )<br>CORPORATION; and TREND MICRO )<br>INCORPORATED,              )<br>                            )<br>          Defendants.       )<br>_____) | 8:10CV220<br><br><br>ORDER |

This matter is before the Court on defendant Trend Micro Incorporated's motion for leave to file document under seal (Filing No. 1065). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant Trend Micro Incorporated's motion for leave to file document under seal is granted. Trend Micro Incorporated's reply brief and Exhibit 21 shall remain sealed pending further order of the Court.

DATED this 19th day of November, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court