```
              IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,      )
                              )
            Plaintiff,        )       8:10CV220
                              )
      v.                      )
                              )
McAFEE, INC.; SYMANTEC        )       ORDER
CORPORATION; and TREND MICRO  )
INCORPORATED,                 )
                              )
            Defendants.       )
_____)
```

This matter is before the Court on defendant Symantec Corporation's motions for leave to file documents as restricted access (Filing Nos. 1073 and 1081). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that the motions for leave to file documents as restricted access are granted. The documents as set forth in the individual motions shall remain as restricted access pending further order of the Court.

DATED this 19th day of November, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court