```
                    IN THE UNITED STATES DISTRICT COURT

                        FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,      )
                              )
              Plaintiff,      )         8:10CV220
                              )
        v.                    )
                              )
McAFEE, INC.; SYMANTEC        )         ORDER
CORPORATION; and TREND MICRO  )
INCORPORATED,                 )
                              )
              Defendants.     )
_____)
```

This matter is before the Court on plaintiff's motion for leave to file documents under seal (Filing No. 1087). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that the motions for leave to file documents under seal are granted. Exhibits V and W shall remain as restricted access pending further order of the Court.

DATED this 19th day of November, 2012.

                                          BY THE COURT:

                                          /s/ Lyle E. Strom
                                          _____
                                          LYLE E. STROM, Senior Judge
                                          United States District Court