IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| Plaintiff, | ) | 8:10CV220 |
| v. | ) | |
| McAFEE, INC.; SYMANTEC CORPORATION; and TREND MICRO INCORPORATED, | ) | ORDER |
| Defendants. | ) | |

This matter is before the Court on the motion to withdraw appearance of Carmen M. Aviles as Ms. Aviles is no longer employed with the Lanier Law Firm, P.C. (Filing No. 1089). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Carman M. Aviles is deemed withdrawn as counsel for Prism Technologies, LLC.

DATED this 19th day of November, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court