IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PRISM TECHNOLOGIES, LLC,      )
                              )
            Plaintiff,        )       8:10CV220
                              )
      v.                      )
                              )
McAFEE, INC.; SYMANTEC        )       ORDER
CORPORATION; and TREND MICRO  )
INCORPORATED,                 )
                              )
            Defendants.       )
_____)
```

This matter is before the Court on defendants McAfee, Inc., Symantec Corporation, and Trend Micro Incorporated's motion for leave to file documents as restricted access (Filing No. 1102). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for leave to file documents as restricted access is granted. Defendants' supplemental brief in opposition to Prism's motion for summary judgment shall remain as restricted access pending further order of the Court.

DATED this 27th day of November, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court