```
             IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,       )
                               )
            Plaintiff,         )         8:10CV220
                               )
       v.                      )
                               )
McAFEE, INC.; SYMANTEC         )         ORDER
CORPORATION; and TREND MICRO   )
INCORPORATED,                  )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on plaintiff's motions for leave to file documents under seal (Filing Nos. 1105, 1109 and 1113). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that the motions for leave to file documents under seal are granted. The plaintiff's supplemental reply brief and Exhibit 35, Exhibit 36 and Exhibits 26-28 shall remain as restricted access pending further order of the Court.

DATED this 27th day of November, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court