IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV220 |
| | ) | |
| v. | ) | |
| | ) | |
| McAFEE, INC.; SYMANTEC CORPORATION; and TREND MICRO INCORPORATED, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendant McAfee, Inc.'s motion for leave to file document under seal (Filing No. 1124). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant McAfee, Inc.'s motion for leave to file document under seal is granted. Defendant's brief in support of its motion for summary judgment of no induced infringement shall remain as restricted access pending further order of the Court.

DATED this 5th day of December, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court