IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISM TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV220 |
| | ) | |
| v. | ) | |
| | ) | |
| McAFEE, INC.; SYMANTEC CORPORATION; and TREND MICRO INCORPORATED, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendant Trend Micro Incorporated's motion for leave to file documents under seal (Filing No. 1128).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendant Trend Micro Incorporated's motion for leave to file documents under seal is granted.  Trend Micro Incorporated's brief in support of its motion for summary judgment of no induced infringement and Exhibits 2 and 3 shall remain sealed pending further order of the Court.

DATED this 5th day of December, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court