```
              IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF NEBRASKA

PRISM TECHNOLOGIES, LLC,       )
                               )
              Plaintiff,       )        8:10CV220
                               )
         v.                    )
                               )
McAFEE, INC.; SYMANTEC         )        ORDER AND JUDGMENT
CORPORATION; and TREND MICRO   )
INCORPORATED,                  )
                               )
              Defendants.      )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

1) The motions to stay of plaintiff Prism Technologies, LLC ("Prism") (Filing Nos. 1146 and 1158) are denied.

2) On or before March 4, 2013, Prism may file a response to each defendant's bill of costs.

3) On or before March 14, 2013, each defendant may file a reply to a response filed by Prism.

4) Thereafter, the Clerk of Court will analyze each defendant's bill of costs and the parties' submissions and will tax costs as appropriate.

5)   Defendants' motion for attorney fees and nontaxable expenses (Filing No. 1137) is denied.

DATED this 13th day of February, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court