# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1135

**PRISM TECHNOLOGIES LLC,**

*Plaintiff - Appellant,*

v.

**MCAFEE, INC.,**

*Defendant - Appellee,*

and

**SYMANTEC CORPORATION,**

*Defendant - Appellee,*

and

**TREND MICRO INCORPORATED,**

*Defendant - Appellee.*

Appeal from the United States District Court for the District of Nebraska in case no. 10-CV-0220 Senior Judge Lyle E. Strom

## MANDATE

In accordance with the judgment of this Court, entered November 13, 2013, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court

cc: Dan L. Bagatell
Rubendra Bains
Christopher D. Banys
Robert Buergi
Clerk of Court, District of Nebraska (Omaha)
Dean G. Dunlavey

Mark A. Flagel
Mark D. Fowler
Richard Cheng-Hong Lin
Christina Jordan McCullough
Stanley Joseph Panikowski III
John Patrick Passarelli
Leisa Talbert Peschel
Matthew R. Rodgers
Danny L. Williams
Danny Lloyd Williams
David K. Wooten
Kathy Yu